IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

JOANN PITTS

VS                                    CAUSE NO.  CI 2015-0168-JE

CITY OF MADISON, etal

### CERTIFIED COPY OF COURT FILE

STATE OF MISSISSIPPI
COUNTY OF MADISON

     I, LEE WESTBROOK, Clerk of the Circuit and County Court in and for the said

State and County, do hereby certify that the attached is a true and correct copy of the

entire Court file and the same is of record in this office in Canton,  Madison County,

Mississippi .

     Given under my hand and seal of office this the 2nd  day of December, 2015.



Lee Westbrook
**Madison County Circuit Clerk**



EXHIBIT

"A"

# Mississippi Electronic Courts
## Madison County Circuit Court (Circuit Court of Madison County)
### CIVIL DOCKET FOR CASE #: 45CI1:15-cv-00168
**Internal Use Only**
**Edit Case Data**
**Edit Case Participants**

PITTS v. CITY OF MADISON et al

Assigned to: John H. Emfinger

Date Filed: 08/03/2015
Jury Demand: Plaintiff
Nature of Suit: 175 Other Torts
Jurisdiction: General

**Plaintiff**

**JOANNE PITTS**
508 TRACEVIEW ROAD
MADISON, MS 39157

represented by **Chuck Mcrae , Mr.**
Mcrae Law
416 E. Amite Street
JACKSON , MS 39201
601-944-1008
Fax: 8662367731
Email: chuck@mcraelaw.net
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CITY OF MADISON**

**Defendant**

**MADISON COUNTY,MISSISSIPPI**

**Defendant**

**MADISON COUNTY SHERIFF
DEPARTMENT**

**Defendant**

**MADISON COUNTY SHERIFF
DEPUTIES**

**Defendant**

**CHIEF GENE WALDROP**

**Defendant**

**INVESTIGATOR COLE TERRELL**

**Defendant**

**SHERIFF RANDY TUCKER**

**Defendant**

**Randy Harris**

**Defendant**

**OTHER UNKNOWN JOHN A DOES1-10**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/31/2015 | ☉ ✎◍✐ ▦ ☑ 1 ▭ | COMPLAINT against CITY OF MADISON, OTHER UNKNOWN JOHN A DOES1-10, Randy Harris, MADISON COUNTY SHERIFF DEPARTMENT, MADISON COUNTY SHERIFF DEPUTIES, MADISON COUNTY,MISSISSIPPI, INVESTIGATOR COLE TERRELL, SHERIFF RANDY TUCKER, CHIEF GENE WALDROP, filed by JOANNE PITTS. (Attachments: # 1 Civil Cover Sheet) (Johnson, Lindsay) (Entered: 08/03/2015) |
| 11/11/2015 | ▬◖☉ ✐✎ ☑ 2 ▭ | MOTION for Extension of Time to Serve Defendant by Plaintiff JOANNE PITTS, Defendants CITY OF MADISON, OTHER UNKNOWN JOHN A DOES1-10, Randy Harris, MADISON COUNTY SHERIFF DEPARTMENT, MADISON COUNTY SHERIFF DEPUTIES, MADISON COUNTY,MISSISSIPPI, INVESTIGATOR COLE TERRELL, SHERIFF RANDY TUCKER, CHIEF GENE WALDROP (Mcrae, Chuck) (Entered: 11/11/2015) |
| 11/18/2015 | ☉ ✐✎ ☑ 3 ▭ | AMENDED COMPLAINT against CITY OF MADISON, OTHER UNKNOWN JOHN A DOES1-10, MADISON COUNTY,MISSISSIPPI, INVESTIGATOR COLE TERRELL, SHERIFF RANDY TUCKER, CHIEF GENE WALDROP, filed by JOANNE PITTS. (Mcrae, Chuck) (Entered: 11/18/2015) |
| 11/18/2015 | ☉ ✐✎ ☑ 4 ▭ | SUMMONS Issued to Attorney as to (INVESTIGATOR COLE TERRELL, Individual and official capacity) (Sanders, Fannie) (Entered: 11/18/2015) |
| 11/18/2015 | ☉ ✐✎ ☑ 5 ▭ | SUMMONS Issued to Attorney as to SHERIFF RANDY TUCKER. (Sanders, Fannie) (Entered: 11/18/2015) |
| 11/18/2015 | ☉ ✐✎ ☑ 6 ▭ | SUMMONS Issued to Attorney as to CITY OF MADISON-c/o Penny McElroy, Municipal Clerk). (Sanders, Fannie) (Entered: 11/18/2015) |
| 11/18/2015 | ☉ ✐✎ ☑ 7 ▭ | SUMMONS Issued to Attorney as to CHIEF GENE WALDROP, Official Capacity) (Sanders, Fannie) (Entered: |

| | | | |
|---|---|---|---|
| | | | 11/18/2015 |
| 11/18/2015 | 🌐 📎📎 📇  8    📧 | | SUMMONS Issued to Attorney as to MADISON COUNTY,MISSISSIPPI-c/o Mr. Ronny Lott). (Sanders, Fannie) (Entered: 11/18/2015) |
| 11/18/2015 | 🌐 📎📎 📇  9    📧 | | SUMMONS Returned Executed by JOANNE PITTS. CITY OF MADISON served on 11/18/2015, answer due 12/18/2015. Service type: Personal (Mcrae, Chuck) (Entered: 11/18/2015) |
| 11/23/2015 | 🌐 📎📎 📇  10   📧 | | SUMMONS Returned Executed by JOANNE PITTS. MADISON COUNTY,MISSISSIPPI served on 11/23/2015, answer due 12/23/2015. Service type: Personal (Mcrae, Chuck) (Entered: 11/23/2015) |
| 11/23/2015 | 🌐 📎📎 📇  11   📧 | | SUMMONS Returned Executed by JOANNE PITTS. CHIEF GENE WALDROP served on 11/20/2015, answer due 12/20/2015. Service type: Substituted (Mcrae, Chuck) (Entered: 11/23/2015) |
| 11/23/2015 | 🌐 📎📎 📇  12   📧 | | SUMMONS Returned Executed by JOANNE PITTS. SHERIFF RANDY TUCKER served on 11/20/2015, answer due 12/20/2015. Service type: Substituted (Mcrae, Chuck) (Entered: 11/23/2015) |
| 11/25/2015 | 🌐 📎📎 📇  13   📧 | | SUMMONS Returned Executed by JOANNE PITTS. INVESTIGATOR COLE TERRELL served on 11/23/2015, answer due 12/23/2015. Service type: Personal (Mcrae, Chuck) (Entered: 11/25/2015) |

**Select Event**

Chancery Orders
ADR Documents

Go to Event

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

**JOANNE PITTS**                                                                    **PLAINTIFF**

VS.                                                                    CAUSE NO.: CI-2015-168-JE

**CITY OF MADISON, MISSISSIPPI,**
**MADISON COUNTY, MISSISSIPPI,**
**MADISON COUNTY SHERIFF DEPARTMENT,**
**MADISON COUNTY SHERIFF DEPUTIES, in their official capacity,**
**CHIEF GENE WALDROP, in his official capacity,**
**INVESTIGATOR COLE TERRELL, in his official capacity,**
**SHERIFF RANDY TUCKER, in his official capacity,**
**ATTORNEY RANDY HARRIS, in his official capacity,**
**OTHER UNKNOWN JOHN and JANE DOES 1-10**                **DEFENDANTS**

> **FILED**
> **THIS DAY**
> **JUL 3 1 2015**
> **LEE WESTBROOK**
> **CIRCUIT CLERK**

---

### COMPLAINT
*Jury Trial Demanded*

---

COMES NOW the Plaintiff, JOANNE PITTS, by and through counsel and files this

Complaint against the aforementioned Defendants.   In support of the same, Plaintiff would show

unto the Court the following to wit:

### PARTIES

1. The Plaintiff, Joanne Pitts, is an adult resident of the State of Mississippi wherein she resides

   at 508 Traceview Road, Madison, Mississippi 39110.

2. The Defendant, City of Madison, Mississippi, is and was at all times relevant herein a

   municipal entity created and authorized under the laws of the State of Mississippi.  It is

   authorized by law to maintain a police department which acts as its agent in the area of law

   enforcement and for which it is ultimately responsible.  Pursuant to Mississippi Code

   Annotated Section 12-3-47 (1972), this defendant may be served with process by affecting

   the same upon the officer of the Mayor of Madison Mississippi or the Municipal Clerk for

   the City of Madison, Mississippi.

1

3. The Defendant, Madison County Sheriff Department, is a political entity, agency and/or political subdivision of Madison County, Mississippi, organized to provide security and safety to and for the citizens of Madison County and the City of Madison, Mississippi. This Defendant may be served with lawful process by serving Sheriff Randy Tucker, or his designee, at the Madison County Sheriff Department in Canton, Mississippi.

4. The Defendants, Madison County Sheriff Deputies, are adult resident citizens of Madison County, Mississippi. They are being sued in their official capacity. At all times material hereto they were employed by the Defendants, Madison County, Mississippi, Sheriff Randy Tucker and/or the Madison County Sheriff Department. It is believed that they were involved with the traffic stop on May 1, 2014. These deputies were involved in the wrongful taking of Plaintiff's vehicle. They may be served with lawful process at their place of employment the Madison County Sheriff Department in Canton, Mississippi.

5. The Defendant, Chief of Police, Gene Waldrop, is an adult resident citizen of the State of Mississippi wherein he resides in Madison County. At all times material hereto, this Defendant was the Chief of Police of the City of Madison, Mississippi, vested with the responsibility and authority to hire, fire, train, supervise, set policies and procedures, enforce the policies and procedures adopted or otherwise implemented and to provide protection to the citizens of Madison, Mississippi. The Defendant is sued in his official capacity. He may be served with lawful process at Madison Police Department, Madison, Mississippi, or by effecting service upon his duly authorized designee at the Madison Police Department in Madison, Mississippi.

6. The Defendant, Investigator Cole Terrell, is an adult resident of the State of Mississippi wherein he resides in Madison County. At all times material hereto, this Defendant was employed by the Madison Police Department. It is believed that this Defendant was

2

responsible for the issuance and execution of the forfeiture of Plaintiff's car. His actions are vicariously attributable to the Defendant City of Madison. The Defendant is sued in his official capacity. He may be served with lawful process at his place of employment, the Madison Police Department.

7. The Defendant, Randy Tucker, is an adult resident of Madison County, Mississippi. At all times material hereto Randy Tucker was the duly elected Sheriff of Madison County, Mississippi. The Sheriff of Madison County, Mississippi is vested with the authority to provide protection to the citizens of Madison County, Mississippi. This Defendant may be served with lawful process at his place of employment, the Madison County Sheriff's Office in Canton, Mississippi. He is being sued in his official capacity.

8. The Defendant, Randy Harris, is an adult resident of Madison County, Mississippi. At all times material hereto Randy Harris was the Forfeiture Attorney for the City of Madison, Mississippi. The forfeiture attorney for the City of Madison, Mississippi is responsible for initiating proceedings to confiscate property connected with illegal activity. This Defendant may be served with lawful process at his place of employment at his offices in Jackson, Mississippi.

9. The Defendants, John and Jane Does 1-10, are parties whose identities are not known to the Plaintiff at this time. However, it is believed that they are adult residents of Madison County, Mississippi and through the discovery process; it is further believed that their true and accurate identities will become known and at that time the Plaintiff will seek leave of this Honorable Court to amend his Complaint to specifically name the unknown person as Defendants to this action.

3

## JURISIDCTION AND VENUE

10. This Court has proper subject matter and personal jurisdiction over the claims, causes of action, and the Defendants in these proceedings. The venue is proper in Madison County, Mississippi, pursuant to Mississippi Code Annotated Section 11-11-3 as substantial acts, omissions, or events causing the Plaintiff's injury occurred in Madison County, Mississippi.

## FACTS

11. On or about May 1, 2014, Joanne Pitts was traveling in a Red Chevrolet Pick-up when she witnessed her brother, Jeremy Shedd, who was traveling in a 2013 Honda Accord also owned by Ms. Pitts, being pulled over by Madison law enforcement officers. At the same time, Ms. Pitts was separately pulled over by Madison law enforcement. Thereafter, the officers discovered small amounts of methamphetamine and marijuana on and in the personal possession of Jeremy Shedd.

12. Both Mr. Shedd and Ms. Pitts were arrested and incarcerated. Although there was no link between Ms. Pitts and Mr. Shedd for purposes of seeking a conviction for Conspiracy to Possess Methamphetamine (Miss. Code Ann. §§ 97-1-1 and 41-29-139), the above parties proceeded to seek indictment of said crimes some five (5) months later.

13. No one advised Ms. Pitts where her 2013 Honda Accord was or claimed to have any records of the vehicle's whereabouts; therefore, she was unable to even retrieve her personal items from said vehicle.

14. As stated above, Ms. Pitts has not had her vehicle returned to her even though she is the right and true title holder to the vehicle and despite the fact that no illicit or illegal activity had occurred in the vehicle.

15. The Defendant have recently decline and dismissed the Conspiracy charge upon which the civil forfeiture of her vehicle was allegedly based. The taking of her vehicle occurred with no

4

actual connection between her vehicle and the arrest of her brother. The drugs that were allegedly found were solely in the possession of her brother and not located in the car nor on the person of Ms. Pitts.

## COUNT I: CONVERSION

16. Plaintiff re-alleges and incorporates by reference the preceding paragraphs above, as if set forth in full hereinafter.

17. As a result of the wrongful conduct by Defendant City of Madison's unlawful arrest of the Plaintiff, she was wrongfully deprived of possession of her rightful property.

18. After the Defendant falsely accused the Plaintiff of Conspiracy, Defendant City of Madison, through the action of the Madison Police Department, unnecessarily seized Ms. Pitts's 2013 Honda Accord. After seizing said vehicle, the Defendant exercised control and possession of the Plaintiff's vehicle despite the fact that the vehicle was had no connection to the narcotics allegedly found on the person of her brother.

19. The Defendant retained control and possession of the Plaintiff's vehicle for an unreasonable amount of time (approximately fourteen (14) months after they seized the car on May 1, 2014) even though the Plaintiff's vehicle was not property subject to forfeiture pursuant to Mississippi Code Annotated Section 41-29-153.

20. The acts and omissions of the Defendants were the direct and proximate cause of the damages suffered by Plaintiff since May 1, 2014 and continuing presently and into the future. Plaintiff's property has not been returned despite the fact that Defendants are aware that Plaintiff is the right and true title holder to the vehicle and it was not involved in the alleged illegal activities that would make it forfeitable under Mississippi Code Annotated Section 41-29-153.

21. As a result of the Defendant's unlawful and intentional taking and dispossession of the Plaintiff's property, the Plaintiff suffered and continues to suffer from mental anguish, emotional distress and pain and suffering as a result of the Defendant's unlawful taking and withholding of the Plaintiff's property.

## COUNT II: CIVIL CONSPIRACY

22. Plaintiff re-alleges and incorporates by reference the preceding paragraphs above, as if set forth in full hereinafter.

23. Defendants agreed to undertake and did undertake a course of unlawful action in combination and in concert with one another to deprive the Plaintiff of her freedom, to unlawfully deprive her of her property, to cause her severe emotional distress as a result of their slanderous statements and her unlawful arrest and to permanently damage the Plaintiff's reputation.

24. Defendants accomplished such purposes through the public defamation of the Plaintiff's character and reputation, knowingly making false accusations of criminal behavior against the Plaintiff by their repeated publication of false accusations of criminal behavior including her name and image throughout various media outlets.

25. In addition to the damage to the Plaintiff's personal reputation, the Plaintiff has also suffered and continues to suffer from mental anguish, emotional distress and pain and suffering as a result of Defendants' acts in furtherance of their conspiracy.

## DAMAGES

26. Plaintiff re-alleges and incorporates by reference the preceding paragraphs above, as if set forth in full hereinafter.

27. As a result of the Defendants' actions described above, the Plaintiff sustained injuries and incurred substantial damages as listed below including, but not limited to the following:

6

a.  The loss of her vehicle and the use and enjoyment of said vehicle;

b.  Attorney fees procured through the retention of a criminal attorney;

c.  Attorney fees in the amount of 40% together with all costs herein;

d.  Mental anguish and emotional distress;

e.  Pre and post-judgment interest at the annual rate of eight percent (8%); and

f.  Any other relief, economic or non-economic, which the Court or jury deems just or appropriate pursuant to the laws of the State of Mississippi based upon the facts and circumstances of this case.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, the Plaintiff respectfully demands trial by jury and respectfully requests that judgment be entered against all Defendants, jointly and severally, for compensatory damages as shown by the evidence, pre and post-judgment interest, punitive damages, attorney's fees, all costs, fees, and disbursements, and such other relief under the laws of the State of Mississippi or of any kind to which the Plaintiff is otherwise entitled.

THIS the 31st day of July, 2015.

Respectfully submitted,
**JOANNE PITTS**, Defendant

BY: *Chuck McRae*
Chuck McRae, MSB #2804

CHUCK McRAE, MSB #2804
McRAE LAW FIRM, PLLC
416 EAST AMITE STREET
JACKSON, MISSISSIPPI 39201
Office: 601.944.1008
Facsimile: 866.236.7731
Email: chuck@mcraelaw.net

FEE BILL, CIVIL CASES, CIRCUIT COURT

State of Mississippi
Madison County

PITTS VS CITY OF MADISON,MADISON COUNTY

Case # CI 2015 168        Acct #        Paid By CHECK 596        Rct# 70174
-------------------------------------------------------------------------

| | |
|---|---|
| CV CLERK'S FEE | 85.00 |
| CV LAW LIBRARY | 2.50 |
| CV COURT REPORTER TAX | 10.00 |
| CV COURT EDUCATION | 2.00 |
| CV COURT ADMINISTRATOR | 2.00 |
| CV CIVIL LEGAL ASSISTANCE FUND | 5.00 |
| CV COMPREHENSIVE ELECTRONIC CT | 10.00 |
| CV JURY TAX | 3.00 |
| CV CONSTITUENTS FE | .50 |
| CV RECORDS MANAGEMENT PROGRAM | 1.00 |
| CV-JUDICIAL SYS OPERATION FUND | 40.00 |

                                            ==========
                              Total  $    161.00
-------------------------------------------------------------------------


Payment received from MCRAE LAW FIRM,PLLC



Transaction   57372 Received  7/31/2015 at 16:23 Drawer   6 I.D. LINDSAY

Current Balance Due        $0.00              Receipt Amount $    161.00

 By _____D.C.   Lee Westbrook, Circuit Clerk

Case # CI 2015 168        Acct #        Paid By CHECK 596        Rct# 70174

**COVER SHEET**
**Civil Case Filing Form**
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Case Number: 15-cv-00168  Document 1-1  Filed: 07/31/2015  Page 1 of 1

| Court Identification | | | | Year | | | Docket Number |
|---|---|---|---|---|---|---|---|
| County # | Judicial District | Court ID (CH, CI, CO) | | | | | Local Docket ID |
| 4 5 | 1 | C I | | 2 0 1 5 | | | 1 6 8 JE |

| Month | Date | Year |
|---|---|---|
| 0 7 | 3 1 | 1 5 |

This area to be completed by clerk

Mississippi Supreme Court
Administrative Office of Courts

Form AOC/01
(Revised 1/1/2001)

Case Number if filed prior to 1/1/94

IN THE CIRCUIT COURT OF MADISON COUNTY

Short Style of Case: Joanne Pitts

Party Filing Initial Pleading: Type/Print Name  Chuck McRae

____ Check (✓) if Not an Attorney  ____ Check (✓) if Pro Hac Vice  Signature Chuck McRae  MS Bar No. 2804

Compensatory Damages Sought: $ _____  Punitive Damages Sought: $ _____

Is Child Support contemplated as an issue in this suit?  ____ Yes  ✓ No  If "yes" is checked, please submit a completed Child Support Information Sheet with Final Decree/Judgment

PLAINTIFF - PARTY(IES) INITIALLY BRINGING SUIT SHOULD BE ENTERED FIRST (FIRST NAME IN SHORT STYLE) - ENTER ADDITIONAL PLAINTIFFS ON SEPARATE FORM

Individual   Pitts _____ Joanne _____ ( _____ ) _____ _____
              Last Name                          First Name            Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

Address of Plaintiff  508 Traceview Road, Madison, Mississippi 39110

____ Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

____ Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A / Agency _____
Business _____

____ Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A: _____

DEFENDANT - NAME OF DEFENDANT (FIRST NAME IN SHORT STYLE) - ENTER ADDITIONAL DEFENDANTS ON SEPARATE FORM

Individual   _____ _____ ( _____ ) _____ _____
              Last Name                  First Name       Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

____ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

____ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A / Agency _____
Business  City of Madison, Mississippi

____ Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:
D/B/A: _____

ATTORNEY FOR THIS DEFENDANT: _____  Bar No. ____ or  Name: _____  Pro Hac Vice (✓) ___
                                                    (if known)

*In left hand column, check one (1) box that best describes the nature of this suit. In right hand column check all boxes which indicate secondary claims.*

**Business/Commercial**
- Accounting (Business)
- Bankruptcy
- Business Dissolution - Corporation
- Business Dissolution - Partnership
- Debt Collection
- Employment
- Examination of Debtor
- Execution
- Foreign Judgment
- Garnishment
- Pension
- Receivership
- Replevin
- Stockholder Suit
- Other _____

**Domestic Relations**
- Child Custody/Visitation
- Child Support
- Contempt
- Divorce: Fault
- Divorce: Irreconcilable Differences
- Domestic Abuse
- Emancipation
- Modification
- Paternity
- Property Division
- Separate Maintenance
- Termination of Parental Rights
- UIFSA (formerly URESA)
- Other _____

**Contract**
- Breach of Contract
- Installment Account
- Insurance
- Product Liability under Contract
- Specific Performance
- Other _____

**Probate**
- Accounting (Probate)
- Birth Certificate Correction
- Commitment
- Conservatorship
- Guardianship
- Heirship
- Intestate Estate
- Minor's Settlement
- Muniment of Title
- Name Change
- Power of Attorney
- Testate Estate
- Will Contest
- Other _____

**Statutes/Rules**
- Bond Validation
- Civil Forfeiture
- Declaratory Judgment
- ERISA
- Eminent Domain
- Extraordinary Writ
- Federal Statutes
- Injunction or Restraining Order
- Municipal Annexation
- Racketeering (RICO)
- Railroad
- Seaman
- Other _____

**Appeals**
- Administrative Agency
- County Court
- Hardship Petition (Driver License)
- Justice Court
- MS Employmt Security Comm'n
- Municipal Court
- Oil & Gas Board
- Workers' Compensation
- Other _____

**Children and Minors - Non-Domestic**
- Adoption - Noncontested
- Consent to Abortion for Minor
- Removal of Minority
- Other _____

**Torts-Personal Injury**
- Bad Faith
- Fraud
- Loss of Consortium
- Malpractice - Legal
- Malpractice - Medical
- Negligence - General
- Negligence - Motor Vehicle
- Products Liability
- Wrongful Death
- Other  Conversion/civil conspiracy

**Mass Tort**
- Asbestos
- Chemical Spill
- Dioxin
- Hand/Arm Vibration
- Hearing Loss
- Radioactive Materials
- Other _____

**Real Property**
- Adverse Possession
- Ejectment
- Eminent Domain
- Judicial Foreclosure
- Lien Assertion
- Partition
- Receiver Appointment
- Tax Sale: Confirmation/Cancellation
- Title, Boundary &/or Easement
- Other _____

**Civil Rights**
- Elections
- Habeas Corpus
- Post Conviction Relief
- Prisoner
- Other _____

# IN THE CIRCUIT COURT OF MADISON _____ COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No. _____ - _____   _____

| File Yr | Chronological No. | Clerk's Local ID |

Docket No. If Filed
Prior to 1/1/94 _____

## DEFENDANTS IN REFERENCED CAUSE - Page 1 of 3 Defendants Pages
## IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET

**Defendant #2:**

**Individual:** _____ ( _____ ) _____ _____

               Last Name         First Name        Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** Madison County, Mississippi _____

        Enter legal name of business, corporation, partnership, agency - If Corporation, Indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

    D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #3:**

**Individual:** _____ ( _____ ) _____ _____

               Last Name         First Name        Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** Madison County Sheriff's Department _____

        Enter legal name of business, corporation, partnership, agency - If Corporation, Indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

    D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #4:**

**Individual:** _____ ( _____ ) _____ _____

               Last Name         First Name        Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** Madison County Sheriff's Deputies _____

        Enter legal name of business, corporation, partnership, agency - If Corporation, Indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

    D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF

Docket No._____-_____
File Yr      Chronological No.      Clerk's Local ID

Docket No. If Filed
Prior to 1/1/94    _____

## DEFENDANTS IN REFERENCED CAUSE - Page 2 of 3 Defendants Pages
### IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET

**Defendant # 5 :**

**Individual:** Waldrop / Gene ( ) ___
Last Name / First Name / Maiden Name, if Applicable / Middle Init. / Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
D/B/A _____

**Business** _____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:
D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant # 6 :**

**Individual:** Terrell / Cole ( ) ___
Last Name / First Name / Maiden Name, if Applicable / Middle Init. / Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
D/B/A _____

**Business** _____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:
D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant # 7 :**

**Individual:** Tucker / Randy ( ) ___
Last Name / First Name / Maiden Name, if Applicable / Middle Init. / Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
D/B/A _____

**Business** _____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:
D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI**

_____ JUDICIAL DISTRICT, CITY OF

Docket No._____ - _____

| File Yr | Chronological No. | Clerk's Local ID |
|---------|-------------------|------------------|

Docket No. If Filed
Prior to 1/1/94_____

**DEFENDANTS IN REFERENCED CAUSE - Page 2 of 3 Defendants Pages**
**IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant # 8 :**

**Individual:** Harris _____ Randy _____ ( _____ ) ____ ____
  Last Name          First Name         Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

____Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
  Estate of _____

____Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
  D/B/A _____

**Business** _____
  Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

____Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:
  D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant # ___ :**

**Individual:** _____ _____ ( _____ ) ____ ____
  Last Name          First Name         Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

____Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
  Estate of _____

____Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
  D/B/A _____

**Business** _____
  Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

____Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:
  D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant # ___ :**

**Individual:** _____ _____ ( _____ ) ____ ____
  Last Name          First Name         Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

____Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
  Estate of _____

____Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
  D/B/A _____

**Business** _____
  Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

____Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:
  D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

**JOANNE PITTS**                                                              **PLAINTIFF**

**VS.**                                                     **CAUSE NO.: CI-2015-168-JE**

**CITY OF MADISON, MISSISSIPPI,**
**MADISON COUNTY, MISSISSIPPI,**
**MADISON COUNTY SHERIFF DEPARTMENT,**
**MADISON COUNTY SHERIFF DEPUTIES, in their official capacity,**
**CHIEF GENE WALDROP, in his official capacity,**
**INVESTIGATOR COLE TERRELL, in his official capacity,**
**SHERIFF RANDY TUCKER, in his official capacity,**
**ATTORNEY RANDY HARRIS, in his official capacity,**
**OTHER UNKNOWN JOHN and JANE DOES 1-10**                    **DEFENDANTS**

---

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE ALL DEFENDANTS

**COMES NOW**, the Plaintiff, **JOANNE PITTS**, by and through Counsel, and files this Motion for Extension of Time to Serve all Defendants in the instant action and in support thereof, the Plaintiff states as follows:

1. The Plaintiff filed her Complaint on July 31, 2015 [1]. In said Complaint, the Plaintiff named as Defendants various individuals and entities located within Madison County, Mississippi.

2. Pursuant to Miss. R. Civ. P. 4(h), the Plaintiff is afforded a one hundred and twenty (120) day period in which she may effect proper service upon these Defendants. The deadline for effected service is Saturday, November 28, 2015. Since the deadline falls on a weekend, Mississippi law mandates that the deadline, for all intents and purposes, to effect service upon all named Defendants is now Monday, November 30, 2015.

3. In light of her recent inability to effect proper service upon the Defendants and out of an abundance of caution, the Plaintiff hereby respectfully requests this Court grant her an

1

additional forty-five (45) days from November 30, 2015 in order that she may avoid any

actual prejudice in case she is still unable to serve the Defendants by November 30, 2015.

4.  The Plaintiff therefore requests this Court set the date of January 14, 2016 as the new

deadline for service of process on all Defendants.

5.  The instant Motion is not made for the purposes of delay or prejudice but, rather, to

ensure that the necessary parties have been properly served as required by law.

**FOR THESE REASONS**, the Plaintiff respectfully requests this Court **GRANT** her

Motion for an Extension of Time to Serve all Defendants in the instant action.

**THIS** the 11th day of November, 2015.

> Respectfully submitted,
> **JOANNE PITTS**, Plaintiff
>
> BY: _/s/ Chuck McRae_
>      CHUCK McRAE, MSB #2804

CHUCK McRAE, MSB #2804
McRAE LAW FIRM, PLLC
416 EAST AMITE STREET
JACKSON, MS 39201
Tel.: 601.944.1008
Facsimile: 866.236.7731
Email: chuck@mcraelaw.net

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

**JOANNE PITTS**                                                              **PLAINTIFF**

**VS.**                                                        **CAUSE NO.: CI-2015-168-JE**

**CITY OF MADISON, MISSISSIPPI,**
**MADISON COUNTY, MISSISSIPPI,**
**SHERIFF RANDY TUCKER, in his official capacity,**
**INVESTIGATOR COLE TERRELL, in his official and individual capacity,**
**CHIEF GENE WALDROP, in his official capacity,**
**OTHER UNKNOWN JOHN and JANE DOES 1-10**                **DEFENDANTS**

---

### AMENDED COMPLAINT
*Jury Trial Demanded*

---

COMES NOW the Plaintiff, JOANNE PITTS, by and through counsel and files this Amended Complaint against the aforementioned Defendants.   In support of the same, Plaintiff would show unto the Court the following to wit:

### PARTIES

1. The Plaintiff, Joanne Pitts, is an adult resident of the State of Mississippi wherein she resides at 508 Traceview Road, Madison, Mississippi 39110.

2. The Defendant, City of Madison, Mississippi, is and was at all times relevant herein a municipal entity created and authorized under the laws of the State of Mississippi.  It is authorized by law to maintain a police department which acts as its agent in the area of law enforcement and for which it is ultimately responsible.  Pursuant to Mississippi Code Annotated Section 12-3-47 (1972), this defendant may be served with process by affecting the same upon the officer of the Mayor of Madison Mississippi or the Municipal Clerk for the City of Madison, Mississippi.

3. The Defendant, Madison County, Mississippi is a political subdivision of the State of Mississippi and is the entity responsible for the oversight and funding of the Madison

1

County Sheriff's Department. This Defendant may be served with process be effecting the same upon the president of the Board of Supervisors, Mr. Karl Banks, and/or the Chancery Clerk for Madison County, Mississippi, Mr. Ronny Lott, at the Madison County Courthouse in Canton, Mississippi

4.  The Defendant, Randy Tucker, is an adult resident of Madison County, Mississippi. At all times material hereto Randy Tucker was the duly elected Sheriff of Madison County, Mississippi. The Sheriff of Madison County, Mississippi is vested with the authority to provide protection to the citizens of Madison County, Mississippi. This Defendant may be served with lawful process at his place of employment, the Madison County Sheriff's Office in Canton, Mississippi. He is being sued in his official capacity.

5.  The Defendant, Investigator Cole Terrell, is an adult resident of the State of Mississippi wherein he resides in Madison County. At all times material hereto, this Defendant was employed by the Madison Police Department. It is believed that this Defendant was responsible for the issuance and execution of the forfeiture of Plaintiff's car. His actions are vicariously attributable to the Defendant City of Madison. The Defendant is sued in his individual and official capacity. He may be served with lawful process at his place of employment, the Madison Police Department.

6.  The Defendant, Chief of Police, Gene Waldrop, is an adult resident citizen of the State of Mississippi wherein he resides in Madison County. At all times material hereto, this Defendant was the Chief of Police of the City of Madison, Mississippi, vested with the responsibility and authority to hire, fire, train, supervise, set policies and procedures, enforce the policies and procedures adopted or otherwise implemented and to provide protection to the citizens of Madison, Mississippi. The Defendant is sued in his official capacity. He may be served with lawful process at Madison Police Department, Madison, Mississippi, or by

effecting service upon his duly authorized designee at the Madison Police Department in Madison, Mississippi.

7. The Defendants, John and Jane Does 1-10, are parties whose identities are not known to the Plaintiff at this time. However, it is believed that they are adult residents of Madison County, Mississippi and through the discovery process; it is further believed that their true and accurate identities will become known and at that time the Plaintiff will seek leave of this Honorable Court to amend his Complaint to specifically name the unknown person as Defendants to this action.

## JURISIDCTION AND VENUE

8. This Court has proper subject matter and personal jurisdiction over the claims, causes of action, and the Defendants in these proceedings. The venue is proper in Madison County, Mississippi, pursuant to Mississippi Code Annotated Section 11-11-3 as substantial acts, omissions, or events causing the Plaintiff's injury occurred in Madison County, Mississippi.

## FACTS

9. On or about May 1, 2014, Joanne Pitts was traveling in a Red Chevrolet Pick-up when she witnessed her brother, Jeremy Shedd, who was traveling in a 2013 Honda Accord also owned by Ms. Pitts, being pulled over by Madison law enforcement officers. At the same time, Ms. Pitts was separately pulled over by Madison law enforcement. Thereafter, the officers discovered small amounts of methamphetamine and marijuana on and in the personal possession of Jeremy Shedd.

10. Both Mr. Shedd and Ms. Pitts were arrested and incarcerated. Although there was no link between Ms. Pitts and Mr. Shedd for purposes of seeking a conviction for Conspiracy to Possess Methamphetamine (Miss. Code Ann. §§ 97-1-1 and 41-29-139), the above parties proceeded to seek indictment of said crimes some five (5) months later.

3

11. No one advised Ms. Pitts where her 2013 Honda Accord was or claimed to have any records of the vehicle's whereabouts; therefore, she was unable to even retrieve her personal items from said vehicle, including a weapon registered to the Plaintiff.

12. As stated above, Ms. Pitts has not had her vehicle returned to her even though she is the right and true title holder to the vehicle and despite the fact that no illicit or illegal activity had occurred in the vehicle. Upon information and belief, the vehicle is now registered to an entity of Defendant, City of Madison, Mississippi. The title of said vehicle is now believed to be in the name of the City of Madison Police Department.

13. The Defendants have recently decline and dismissed the Conspiracy charge upon which the civil forfeiture of her vehicle was allegedly based. The taking of her vehicle occurred with no actual connection between her vehicle and the arrest of her brother. The drugs that were allegedly found were solely in the possession of her brother and not located in the car nor on the person of Ms. Pitts.

## COUNT I: CONVERSION

14. Plaintiff re-alleges and incorporates by reference the preceding paragraphs above, as if set forth in full hereinafter.

15. As a result of the wrongful conduct by Defendant City of Madison's unlawful arrest of the Plaintiff, she was wrongfully deprived of possession of her rightful property.

16. After the Defendant falsely accused the Plaintiff of Conspiracy, Defendant City of Madison, through the action of the Madison Police Department, unnecessarily seized Ms. Pitts' 2013 Honda Accord. After seizing said vehicle, the Defendant exercised control and possession of the Plaintiff's vehicle despite the fact that the vehicle was had no connection to the narcotics allegedly found on the person of her brother.

4

17. The Defendant retained control and possession of the Plaintiff's vehicle for an unreasonable amount of time (approximately eighteen (18) months after they seized the car on May 1, 2014) even though the Plaintiff's vehicle was not property subject to forfeiture pursuant to Mississippi Code Annotated Section 41-29-153.

18. The acts and omissions of the Defendants were the direct and proximate cause of the damages suffered by Plaintiff since May 1, 2014 and continuing presently and into the future. Plaintiff's property has not been returned despite the fact that Defendants are aware that Plaintiff is the right and true title holder to the vehicle and it was not involved in the alleged illegal activities that would make it forfeitable under Mississippi Code Annotated Section 41-29-153.

19. As a result of the Defendant's unlawful and intentional taking and dispossession of the Plaintiff's property, the Plaintiff suffered and continues to suffer from mental anguish, emotional distress and pain and suffering as a result of the Defendant's unlawful taking and withholding of the Plaintiff's property.

**COUNT II: CIVIL CONSPIRACY**

20. Plaintiff re-alleges and incorporates by reference the preceding paragraphs above, as if set forth in full hereinafter.

21. Defendants agreed to undertake and did undertake a course of unlawful action in combination and in concert with one another to deprive the Plaintiff of her freedom, to unlawfully deprive her of her property, to cause her severe emotional distress as a result of their slanderous statements and her unlawful arrest and to permanently damage the Plaintiff's reputation.

22. Defendants accomplished such purposes through the public defamation of the Plaintiff's character and reputation, knowingly making false accusations of criminal behavior against

the Plaintiff by their repeated publication of false accusations of criminal behavior including her name and image throughout various media outlets.

23. In addition to the damage to the Plaintiff's personal reputation, the Plaintiff has also suffered and continues to suffer from mental anguish, emotional distress and pain and suffering as a result of Defendants' acts in furtherance of their conspiracy.

## COUNT III: VIOLATIONS OF MISSISSIPPI AND UNITED STATES CONSTITUTIONAL GUARANTEES AGAINST UNLAWFUL SEARCH AND SEIZURE

24. Plaintiff re-alleges and incorporates by reference the preceding paragraphs above, as if set forth in full hereinafter.

25. As a result of the wrongful conduct by Defendant City of Madison's unlawful seizure of the Plaintiff's vehicle, she was deprived of possession of her rightful property, including all personal effects therein under the pretext of a traffic stop which resulted in a conspiracy charge.   Said effects included money as well as Plaintiff's personal and lawfully owned firearm.  The conspiracy charge against the Plaintiff was later dismissed by the Defendant as no basis in fact or law existed for its existence.

26. As a result of the Defendants' unlawful seizure of the Plaintiff's property, including her vehicle, money, and firearm, the Plaintiff has greatly suffered damages in the form of replacement transportation, loss of financial support, emotional distress, amongst other damages, attorney's fees and forced participation for criminal charges.

## DAMAGES

27. Plaintiff re-alleges and incorporates by reference the preceding paragraphs above, as if set forth in full hereinafter.

28. As a result of the Defendants' actions described above, the Plaintiff sustained injuries and incurred substantial damages as listed below including, but not limited to the following:

6

a.  The loss of her vehicle and the use and enjoyment of said vehicle;

b.  Attorney fees procured through the retention of a criminal attorney;

c.  Attorney fees in the amount of 40% together with all costs herein;

d.  Mental anguish and emotional distress;

e.  Pre and post-judgment interest at the annual rate of eight percent (8%); and

f.  Any other relief, economic or non-economic, which the Court or jury deems just or appropriate pursuant to the laws of the State of Mississippi based upon the facts and circumstances of this case.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, the Plaintiff respectfully demands trial by jury and respectfully requests that judgment be entered against all Defendants, jointly and severally, for compensatory damages as shown by the evidence, pre and post-judgment interest, punitive damages, attorney's fees, all costs, fees, and disbursements, and such other relief under the laws of the State of Mississippi or of any kind to which the Plaintiff is otherwise entitled.

**THIS** the 18th day of November, 2015.

Respectfully submitted,
**JOANNE PITTS**, Defendant

BY:   s/ Chuck McRae
Chuck McRae, MSB #2804

CHUCK McRAE, MSB #2804
McRAE LAW FIRM, PLLC
416 EAST AMITE STREET
JACKSON, MISSISSIPPI 39201
Office: 601.944.1008
Facsimile: 866.236.7731
Email: chuck@mcraelaw.net

7

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

JOANNE PITTS                                               **PLAINTIFF**

VS                                              **CAUSE NO.: CI-2015-168-JE**

CITY OF MADISON, MISSISSIPPI, ET AL.                       **DEFENDANTS**

---

### SUMMONS

---

THE STATE OF MISSISSIPPI
COUNTY OF MADISON

TO:      INVESTIGATOR COLE TERRELL, individual and official capacity
         2001 Main Street
         Madison, Mississippi 39110

### NOTICE TO DEFENDANT

***THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.***

You are required to mail or hand-deliver a copy of a written response to the Complaint to McRae Law Firm, attorneys for the Plaintiff, whose address is 416 East Amite Street, Jackson, Mississippi, 39201. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint, if you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your original response or motion with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the _____ day of _____, 2015.

(seal)

_____
          Clerk of Court

## PROOF OF SERVICE

This summons for *(name of individual and title, if any)*_____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with

  *(name)* _____, a person of suitable

  age and discretion who resides there, on *(date)*_____, and mailed a copy

  to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____,

  who is designated by law to accept service of process on behalf of *(name of*

  *organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because_____

_____; or

☐ Other *(Specify):*

My fees are $_____for travel and $ _____ for services, for a total $ _____.

  I declare under penalty of perjury that this information is true.

Date: _____        _____

                    *Server's signature*

                    _____

                    *Printed name and title*

                    _____

                    *Server's Address*

Additional information regarding attempted service, etc:

2

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

**JOANNE PITTS**                                                          **PLAINTIFF**

**VS**                                                          **CAUSE NO.: CI-2015-168-JE**

**CITY OF MADISON, MISSISSIPPI, ET AL.**                          **DEFENDANTS**

---

### SUMMONS

---

THE STATE OF MISSISSIPPI
COUNTY OF MADISON

TO:     SHERIFF RANDY TUCKER, official capacity
        2941 U.S. Highway 51
        Canton, Mississippi 39046

### NOTICE TO DEFENDANT

*THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT,
AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.*

You are required to mail or hand-deliver a copy of a written response to the Complaint to McRae Law Firm, attorneys for the Plaintiff, whose address is 416 East Amite Street, Jackson, Mississippi, 39201.  Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint, if you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your original response or motion with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the _____ day of _____, 2015.

(seal)

_____
Clerk of Court

Case: 45CI1:15-cv-00168   Document #: 5   Filed: 11/18/2015   Page 2 of 2

**PROOF OF SERVICE**

This summons for *(name of individual and title, if any)*_____

was received by me on *(date)* _____.

☐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐  I left the summons at the individual's residence or usual place of abode with

*(name)* _____, a person of suitable

age and discretion who resides there, on *(date)*_____, and mailed a copy

to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____,

who is designated by law to accept service of process on behalf of *(name of*

*organization)* _____ on *(date)* _____; or

☐  I returned the summons unexecuted because_____

_____; or

☐  Other *(Specify):*


My fees are $_____for travel and $ _____ for services, for a total $ _____.


I declare under penalty of perjury that this information is true.


Date: _____        _____

                                *Server's signature*


                                _____

                                *Printed name and title*


                                _____

                                *Server's Address*


Additional information regarding attempted service, etc:

2

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

JOANNE PITTS                                          **PLAINTIFF**

VS                                          **CAUSE NO.: CI-2015-168-JE**

CITY OF MADISON, MISSISSIPPI, ET AL.                  **DEFENDANTS**

---

### SUMMONS

---

THE STATE OF MISSISSIPPI
COUNTY OF MADISON

TO:     CITY OF MADISON, MISSISSIPPI
        c/o Penny McElroy, Municipal Court Clerk
        2001 Main Street
        Madison, Mississippi 39130

### NOTICE TO DEFENDANT

*THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.*

You are required to mail or hand-deliver a copy of a written response to the Complaint to McRae Law Firm, attorneys for the Plaintiff, whose address is 416 East Amite Street, Jackson, Mississippi, 39201. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint, if you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your original response or motion with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the _____ day of _____, 2015.

(seal)

_____
Clerk of Court

### PROOF OF SERVICE

This summons for *(name of individual and title, if any)*_____

was received by me on *(date)* _____.

☐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐  I left the summons at the individual's residence or usual place of abode with

    *(name)* _____, a person of suitable

age and discretion who resides there, on *(date)*_____, and mailed a copy

to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____,

who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐  I returned the summons unexecuted because_____

_____; or

☐  Other *(Specify):*

My fees are $_____for travel and $ _____ for services, for a total $ _____.

    I declare under penalty of perjury that this information is true.

Date: _____

                             _____
                             *Server's signature*

                             _____
                             *Printed name and title*

                             _____
                             *Server's Address*

Additional information regarding attempted service, etc:

2

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

JOANNE PITTS                                                        **PLAINTIFF**

VS                                                        **CAUSE NO.: CI-2015-168-JE**

CITY OF MADISON, MISSISSIPPI, ET AL.                      **DEFENDANTS**

---

### SUMMONS

---

THE STATE OF MISSISSIPPI
COUNTY OF MADISON

TO:   CHIEF GENE WALDROP, official capacity
      2001 Main Street
      Madison, Mississippi 39110

### NOTICE TO DEFENDANT

*THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.*

You are required to mail or hand-deliver a copy of a written response to the Complaint to McRae Law Firm, attorneys for the Plaintiff, whose address is 416 East Amite Street, Jackson, Mississippi, 39201. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint, if you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your original response or motion with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the _____ day of _____, 2015.

(seal)

_____
Clerk of Court

Case: 45CI1:15-cv-00168     Document #: 7     Filed: 11/18/2015     Page 2 of 2

## PROOF OF SERVICE

This summons for *(name of individual and title, if any)*_____

was received by me on *(date)* _____.

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

❑ I left the summons at the individual's residence or usual place of abode with
*(name)* _____, a person of suitable
age and discretion who resides there, on *(date)*_____, and mailed a copy
to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of
organization)* _____ on *(date)* _____; or

❑ I returned the summons unexecuted because_____
_____; or

❑ Other *(Specify):*


My fees are $_____ for travel and $_____ for services, for a total $ _____.


I declare under penalty of perjury that this information is true.


Date: _____          _____
                                 *Server's signature*

                                 _____
                                 *Printed name and title*

                                 _____
                                 *Server's Address*


Additional information regarding attempted service, etc:




2

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

JOANNE PITTS                                              **PLAINTIFF**

**VS**                                    **CAUSE NO.: CI-2015-168-JE**

CITY OF MADISON, MISSISSIPPI, ET AL.                      **DEFENDANTS**

---

### SUMMONS

---

THE STATE OF MISSISSIPPI
COUNTY OF MADISON

TO:    MADISON COUNTY, MISSISSIPPI
       c/o Mr. Ronny Lott
       146 West Center Street
       Canton, Mississippi 39046

### NOTICE TO DEFENDANT

### *THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.*

You are required to mail or hand-deliver a copy of a written response to the Complaint to McRae Law Firm, attorneys for the Plaintiff, whose address is 416 East Amite Street, Jackson, Mississippi, 39201. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint, if you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your original response or motion with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the _____ day of _____, 2015.

(seal)

_____
Clerk of Court

Case: 45CI1:15-cv-00168   Document #: 8   Filed: 11/18/2015   Page 2 of 2

## PROOF OF SERVICE

This summons for *(name of individual and title, if any)*_____

was received by me on *(date)* _____.

❑  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

❑  I left the summons at the individual's residence or usual place of abode with

   *(name)* _____, a person of suitable

   age and discretion who resides there, on *(date)*_____, and mailed a copy

   to the individual's last known address; or

❑  I served the summons on *(name of individual)* _____,

   who is designated by law to accept service of process on behalf of *(name of*

   *organization)* _____ on *(date)* _____; or

❑  I returned the summons unexecuted because_____

   _____; or

❑  Other *(Specify)*:

My fees are $_____ for travel and $ _____ for services, for a total $ _____.

   I declare under penalty of perjury that this information is true.

Date: _____        _____

                                     *Server's signature*

                                     _____

                                     *Printed name and title*

                                     _____

                                     *Server's Address*

Additional information regarding attempted service, etc:

Case: 45CI1:15-cv-00168     Document #: 9     Filed: 11/18/2015     Page 1 of 2

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

JOANNE PITTS                                                    **PLAINTIFF**

VS                                               **CAUSE NO.: CI-2015-168-JE**

CITY OF MADISON, MISSISSIPPI, ET AL.                          **DEFENDANTS**

### SUMMONS

THE STATE OF MISSISSIPPI
COUNTY OF MADISON

TO:      CITY OF MADISON, MISSISSIPPI
         c/o Penny McElroy, Municipal Court Clerk
         2001 Main Street
         Madison, Mississippi 39130

### NOTICE TO DEFENDANT

*THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.*

You are required to mail or hand-deliver a copy of a written response to the Complaint to McRae Law Firm, attorneys for the Plaintiff, whose address is 416 East Amite Street, Jackson, Mississippi, 39201. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint, if you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your original response or motion with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the *18* day of *November*, 2015.

(seal)

_____
Clerk of Court

## PROOF OF SERVICE

This summons for *(name of individual and title, if any)* City of Madison, MS

was received by me on *(date)* 11·18·15

C/o Penny McElroy, Municip, Court Clerk

☒ I personally served the summons on the individual at *(place)* Madison, MS

_____ on *(date)* 11·18·15 ; or

☐ I left the summons at the individual's residence or usual place of abode with

*(name)* _____, a person of suitable

age and discretion who resides there, on *(date)* _____, and mailed a copy

to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____,

who is designated by law to accept service of process on behalf of *(name of*

*organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____

_____; or

☐ Other *(Specify):*


My fees are $ _____Ø_____ for travel and $ _____Ø_____ for services, for a total $ _____Ø_____.


I declare under penalty of perjury that this information is true.

Date: 11·18·15 _____

_____
*Server's signature*

Bradley Poore, Esq.
*Printed name and title*

416 E. Amite St., Jackson, MS
*Server's Address*              39201


Additional information regarding attempted service, etc:

2

Case: 45CI1:15-cv-00168     Document #: 10     Filed: 11/23/2015     Page 1 of 2

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

JOANNE PITTS                                           PLAINTIFF

VS                                        CAUSE NO.: CI-2015-168-JE

CITY OF MADISON, MISSISSIPPI, ET AL.                   DEFENDANTS

---

### SUMMONS

---

THE STATE OF MISSISSIPPI
COUNTY OF MADISON

TO:    MADISON COUNTY, MISSISSIPPI
       c/o Mr. Ronny Lott
       146 West Center Street
       Canton, Mississippi 39046

### NOTICE TO DEFENDANT

***THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.***

You are required to mail or hand-deliver a copy of a written response to the Complaint to McRae Law Firm, attorneys for the Plaintiff, whose address is 416 East Amite Street, Jackson, Mississippi, 39201.  Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint, if you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your original response or motion with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the 18 day of _____ 2015.

(seal)

_____
Clerk of Court

## PROOF OF SERVICE

This summons for *(name of individual and title, if any)* Ronnie Cott

was received by me on *(date)* 18 Nov 2015 .

☒ I personally served the summons on the individual at *(place)* 146 West Center
St Canta MS on *(date)* 23 Nov 2015 ; or

☐ I left the summons at the individual's residence or usual place of abode with
*(name)* _____, a person of suitable age
and discretion who resides there, on *(date)* _____, and mailed a copy to the
individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who
is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____
_____; or

☐ Other *(Specify):*

My fees are $ _____ for travel and $ _____ for services, for a total $ 50

I declare under penalty of perjury that this information is true.

Date: 23 No 2010                    *(signature)*
                                    **Server's signature**

                                    Chis Clements   Process Server
                                    **Printed name and title**

                                    no woodlands De Berlin MO
                                    **Server's Address**


Additional information regarding attempted service, etc:

2

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

JOANNE PITTS                                                  PLAINTIFF

VS                                                  CAUSE NO.: CI-2015-168-JE

CITY OF MADISON, MISSISSIPPI, ET AL.                        DEFENDANTS

---

### SUMMONS

---

THE STATE OF MISSISSIPPI
COUNTY OF MADISON

TO:     CHIEF GENE WALDROP, official capacity
        2001 Main Street
        Madison, Mississippi 39110

### NOTICE TO DEFENDANT

***THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT,
AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.***

You are required to mail or hand-deliver a copy of a written response to the Complaint to McRae Law Firm, attorneys for the Plaintiff, whose address is 416 East Amite Street, Jackson, Mississippi, 39201. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint, if you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your original response or motion with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the _18_ day of _Nov_, 2015.

(seal)

_____
Clerk of Court

## PROOF OF SERVICE

This summons for *(name of individual and title, if any)* _Chief Gene Waldrop_

was received by me on *(date)* _18 Nov 2015_ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with

*(name)* _____, a person of suitable

age and discretion who resides there, on *(date)* _____, and mailed a copy

to the individual's last known address; or

☑ I served the summons on *(name of individual)* _Liz Hannees  Admin Asst._ ,

who is designated by law to accept service of process on behalf of *(name of*

*organization)* _Chief Gene Waldrop_ on *(date)* _20 Nov 2015_ ; or

☐ I returned the summons unexecuted because_____

_____ ; or

☐ Other *(Specify):*


My fees are $_____ for travel and $ _____ for services, for a total $ _50⁰⁰_ .


I declare under penalty of perjury that this information is true.


Date: _20 Nov 2015_                              _Chris Clemons_
                                                   _____
                                                   *Server's signature*

                                                   _Chris Clemons  Process Server_
                                                   _____
                                                   *Printed name and title*

                                                   _213 meadowlark Dr Brandon MS_
                                                   _____
                                                   *Server's Address*


Additional information regarding attempted service, etc:

_Ms Liz Hannees stated the Chief is in Jackson, MS in a meeting_
_and she talked with him and she can accept Summons on_
_his Behalf_

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

JOANNE PITTS                                                    PLAINTIFF

VS                                                CAUSE NO.: CI-2015-168-JE

CITY OF MADISON, MISSISSIPPI, ET AL.                           DEFENDANTS

---

### SUMMONS

---

THE STATE OF MISSISSIPPI
COUNTY OF MADISON

TO:    SHERIFF RANDY TUCKER, official capacity
       2941 U.S. Highway 51
       Canton, Mississippi 39046

### NOTICE TO DEFENDANT

*THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.*

You are required to mail or hand-deliver a copy of a written response to the Complaint to McRae Law Firm, attorneys for the Plaintiff, whose address is 416 East Amite Street, Jackson, Mississippi, 39201. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint, if you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your original response or motion with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the *18* day of _____, 2015.

(seal)

_____
Clerk of Court

## PROOF OF SERVICE

This summons for *(name of individual and title, if any)* _Sheriff Randy Tucker_

was received by me on *(date)* _18 Nov 2015_.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with

(name) _____, a person of suitable

age and discretion who resides there, on *(date)* _____, and mailed a copy

to the individual's last known address; or

☒ I served the summons on *(name of individual)* _Leann Sanders  Admn Asst_,

who is designated by law to accept service of process on behalf of *(name of*

*organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____

_____; or

☐ Other *(Specify):*


My fees are $_____ for travel and $ _____ for services, for a total $ _____.


I declare under penalty of perjury that this information is true.


Date: _20 Nov 2015_         _Chris Clark_
                            **Server's signature**

                            _Chris Clarke Process Server_
                            **Printed name and title**

                            _213 meadow Lants Dr Brandon us_
                            **Server's Address**


Additional information regarding attempted service, etc:

_Ms. Leann Sanders stated that she can accept summans on behalf
of Sheriff Randy Tucker. she stated this is pending @ Madison
Sheriff office._

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

JOANNE PITTS                                                    **PLAINTIFF**

VS                                              **CAUSE NO.: CI-2015-168-JE**

CITY OF MADISON, MISSISSIPPI, ET AL.                          **DEFENDANTS**

### SUMMONS

THE STATE OF MISSISSIPPI
COUNTY OF MADISON

TO:     INVESTIGATOR COLE TERRELL, individual and official capacity
        2001 Main Street
        Madison, Mississippi 39110

### NOTICE TO DEFENDANT

***THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT,
AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.***

You are required to mail or hand-deliver a copy of a written response to the Complaint to McRae Law Firm, attorneys for the Plaintiff, whose address is 416 East Amite Street, Jackson, Mississippi, 39201. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint, if you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your original response or motion with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the 18 day of November, 2015.

(seal)

_____
Clerk of Court

## PROOF OF SERVICE

This summons for *(name of individual and title, if any)* _Cole Terrell_

was received by me on *(date)* _18 Nov 2015_ .

☑ I personally served the summons on the individual at *(place)* _Madison Police Dept  Madison M s_ on *(date)* _23 Nov 2015_ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ _____ ; or

☐ Other *(Specify)*:

My fees are $_____ for travel and $ _____ for services, for a total $ _50--_ .

I declare under penalty of perjury that this information is true.

Date: _23 Nov 2015_

_____
Server's signature

_Cherg Chew l3_
Printed name and title

_213 Meadow hr to Drive  Brandon M s_
Server's Address

Additional information regarding attempted service, etc:

2