**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**JOANNE PITTS**                                                                        **PLAINTIFF**

**V.**                                                         **CAUSE NO. 3:15-cv-892-CWR-LRA**

**CITY OF MADISON, MISSISSIPPI, et al.**                            **DEFENDANTS**

<u>**FINAL JUDGMENT**</u>

In accordance with the Order entered by the Court on this date, judgment is hereby entered in Defendants' favor on the Plaintiff's federal claims. Her remaining state law claims are remanded to the Circuit Court of Madison County. This case is closed.

**SO ORDERED AND ADJUDGED**, this the 27th day of February, 2018.

                                                                   s/ Carlton W. Reeves
                                                                   UNITED STATES DISTRICT JUDGE